IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSS J. SEGREAVES,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1089 |
| | : | |
| **JUDGE JENNIFER SLETVOLD,** | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 27th day of May, 2025, upon consideration of Ross J. Segreaves's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Ross J. Segreaves, #NS-5411, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Segreaves's inmate account; or (b) the average monthly balance in Segreaves's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Segreaves's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Segreaves's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

2

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4. The Complaint is **DEEMED** filed.

5. Segreaves's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim and for seeking monetary relief from an immune defendant, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii), for the reasons stated in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**