**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROSS J. SEGREAVES, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-1089** |
| | : | |
| JUDGE JENNIFER SLETVOLD, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 15th day of June, 2026, upon consideration of Defendant Judge Jennifer Sletvold's Motion to Dismiss (ECF No. 35), and Plaintiff Ross Segreaves's Brief in Opposition thereto (ECF No. 52), it is **ORDERED** that:

1.    The Motion is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2.    The Complaint is **DISMISSED WITH PREJUDICE**.

3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ John Milton Younge*
**JOHN MILTON YOUNGE, J.**